UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ELENA BUKANOVA, )
)
    Plaintiff, )
)
    vs. )        Case No. 4:05CV00524 AGF
)
MARK E. BEEHNER, D.D.S., M.D., )
)
    Defendant. )

## ORDER

Plaintiff's motion, with consent of Defendant, to continue the trial (Doc. #18) is hereby

**GRANTED**.  The jury trial in this matter is rescheduled for the week of **Monday, December 18,**

**2006, at 9:00 a.m.**

    **IT IS FURTHER ORDERED** that the deadline for filing pretrial materials shall be

continued seven (7) days from the original deadline, such that the initial pretrial filings shall be due

on November 21, 2006, and any objections, motions in limine, and counter-instructions shall be

filed by December 1, 2006.

    **IT IS FURTHER ORDERED** that any motions under <u>Daubert</u> shall be filed by

November 21, 2006.

    **IT IS FURTHER ORDERED** that the Court shall hold a final pretrial conference on

**Friday, December 15, 2006, at 8:30 a.m.**  The parties should be prepared at that time to argue

any motions in limine.


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of November, 2006.